JFK Federal Building - Rm. 320
15 New Sudbury Street
Boston, MA 02203

EXHIBIT 2

June 27, 2003

To: Mr. Carlos M. Sanchez
a/k/a
Mario Agudelo
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324 - 3230

From: Judge Shapiro

Re: Carlos M. Sanchez, A29-701-647

Dear Mr. Sanchez

The deportation order which I entered in your case on January 21, 1992, remains in full force and effect. There is no need for me to reopen your case for the purpose of issuing a new order.

The enforcement of deportation orders in is strictly withing the jurisdiction of the Immigration Service (now the Bureau of Homeland Security. After I ordered you to be deported on January 21, 1992, my jurisdiction in your case ended.

I am enclosing a copy of the original deportation order for your records.

Good luck to you.

cc: BICE TAU
J.F.K. Fed. Bldg. Rm. 425
Govt.. Center
Boston, MA 02203

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MA

File A-29701647

In the Matter of:

AGUDELO-SANCHEZ,
CARLOS MARIO

In DEPORTATION Proceedings

Order of the
Immigration Judge   JAN 21 1992

This is a summary of the Oral Decision and Order entered on 1/21/92. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed, the Oral Decision and Order will be transcribed and will become the official opinion in this case.

✓ ~~The Respondent's application for Voluntary Departure was denied and he/she~~ was ordered deported to Colombia

___ Respondent's application for Voluntary Departure was granted to on or before _____ with an alternate Order of Deportation to _____.

___ Respondent's application for _____ was Granted/Denied.

___ Respondent's application for ASYLUM was Granted / Denied.

___ Respondent's request for WITHHOLDING OF DEPORTATION was Granted / Denied.

___ The Respondent was Granted / Denied adjustment of status.

___ The proceedings were terminated.

✓ The (Service)/(Respondent) have/~~has~~ waived appeal.

___ Appeal was reserved by Service / Respondent. Notice of Appeal to be filed no later than _____.

___ Other _____

Date: 01/21/92

_Leonard I. Shapiro_
LEONARD I. SHAPIRO
Immigration Judge

8U