Carlos M. Sanchez
a/k/a Mario Agudelo
O.C.C.C.
1 Administration Road
Bridgewater, Mass. 02324-3230

                    Re: Notice of Appeals
                    U.S. Immigration No. A29-701-647

EXHIBIT

3

United States Immgration Court
Office of the Administrator
JFK Federal Building/Rm. 320
15 New Sudbury Street
Boston, Mass. 02203

        Dear Sir/Madam,

            Enclosed for filing in the above cited action, is
the defendant/petitioner's Notice of Appeals, seeking the
record be compiled for the Board of appeals, in Washington
D.C..
            The defendant Petitioner has attached hereto his
Notice of Appeals the Judges Denial, his Motion to Reopen
and/or Reconsideration with Exhibits, and recent affidavit
pursuant to the facts and errors that was Caused By I.N.S.
(Now Bureau of Homeland Security).
            Please enter this on the docket for expedition
of the Notice of Appeals, so that the record can be compiled
for the Board of appeals.
            I thank you for your time, attention and never
ending assitance with this most serious matter.

                                Sincerely
                                Carlos M. Sanchez.
                                Carlos Sanchez a/k/a
                                Mario Agudelo

CC: File
IMMG. Ct. Clk.
BD Of Appeals

United States
Immigration Court

Immigration and Naturalization Services

No. A29-701-647

v.

Carlos M. Sanchez - Mario Agudelo

<u>Notice  of  Appeals</u>

The  Defendant/Petitioner  Carlos  M.  Sanchez  a/k/a  Mario
Agudelo,  respectfully  request  and  moves  this  Honorable
Court  to  issue  an  order  to  the  clerk  to  compile  the  record
for  the  Immigration  Board  of  Appeals.  pursuant  to  title
8 § 1252 (b)(9); (d); (e), (2), (3) (C) and (D); 8 § 1228 (b)
(5) (c); (c) (3)(A) (B); (5).

The  defendant/petitioner  Sanchez/Agudelo  filed  his
motion  to  Reopen  and/or  reconsideration  of  this  action  on
May  30,  2003.  The  Justice  Shapiro  denied  the  motion  on  June
27,  2003,  the  defendant/petitioner  is  moving  this  Honorable
Court,  to  compile  the  records  for  the  Board  of  appeals.

**Wherefore:**  The  Defendant/petitioner  Sanchez/Agudleo
Moves  this  Honorable  Court  to  order  the  Clerk  to  Compile
the  records  for  appeals  pursuant  to  the  above  cited  Statutes
of  law.

Respectfully  Submitted,

Carlos M. Sanchez

Carlos M. Sanchez a/k/a
Mario Agudelo
1 Administration Road
Bridgewater, Mass. 02324-3230

Dated  _____