Carlos Sanchez a/k/a  
Mario Agudleo  
O.C.C.C.  
1 Administration Road  
Bridgewater, Mass. 02324-3230  

July 25, 2003

EXHIBIT 4

Re: Notification to Appeal

United States Immigration Court  
Board of Appeals  
Office of the Administrator  
Attn: Chief Justice  
Honorable Michael J. Creepy  
5107 Leesburg Pike/ Suite 2545  
Falls Church, Virginia  22041  

Dear Justice Creepy,

    Enclosed for filing and the Board of Appeals reviewing is a coomplete copy of the Notice of Appeal, and the Courts Denial of the Defendant/Petitioner Motion to Reopen and/or Reconsideration on the Courts Order.

    The defendant/petitioner only request for relief is immediate removal and return to Columbia, pursuant to the Order issued on January 21, 1992. I.N.S. failed to execute the order On September 22, 1995, upon the defendant/petitioner release from the Massachusetts Department of Correction, Facilty MCI-Norfolk. [See attached materials].

    Please issue an order to the clerk to compile the record so that the brief on the issues and merits can be filed. Especially since the only requested relief is immediate removal and returned to the defendant/petitioner's home country Columbia. I await the this court and the inferior Immigration court to Compile the record for appeals.

Respectfully Submitted,

*Carlos M. Sanchez*  
Carlos Sanchez a/k/a  
Mario Agudelo

CC: File  
M. J. Creepy, Justice



UNITED STATES DEPARTMENT OF JUSTICE

# Immigration Court- Boston

**Office of the Administrator**
JFK Federal Building, Room 320
15 New Sudbury Street
Boston, MA 02203

August 25, 2003

Carlos Sanchez
OCCC
1 Administration Road
Bridgewater, MA 02324-3230

RE: A29-701-647

Dear Mr. Sanchez:

    I have had the opportunity to review your recent correspondence. An appeal of a decision of an Immigration Judge is properly addressed to:

> Board of Immigration Appeals
> Office of the Clerk
> 5201 Leesburg Pike, Suite 1300
> Falls Church, VA 22041

    Accordingly, I return your correspondence along with an 'appeals package'.

    Should you have questions or concerns, feel free to contact me.

Very truly,

Robert Halpin
Court Administrator

BH/ss
cc    Correspondence file

Carlos Sanchez
O.C.C.C.
1 Administration Road
Brdigewater, Mass. 02324-3230

August 19, 2003

Re: A29-701-647

Department of Homeland Security
BICE
J.F.K. Federal Building, 17th Floor
15 New Sudbury Street
Boston, Mass. 02203

Dear Sir/Madam,

Enclosed for your viewing, Please find the notice of appeals, from the denial of the motion to reopen this action on June 27, 2003.

As stated in the motion, I am not challenging deportation. But the failure to excute the order to deport on September 22, 1995, when I was released form the custody of the Massachusett Department of Correction, MCI-Norfolk, when the Records Keeper Ms. Christine Hillman alleged that (INS) now Homeland Security waived jurisdiction to deport.

Therefore this error caused an additional term to be imposed, becuase of the error and failure to excute the order to deport. The Only resolution is immediate deportation.

I await you reply to this appeal, and pray that this wil not be delayed.

Respectfully Submitted,
Carlos N. Sanchez
Carlos Sanchez a/k/a

CC: File
DHS
Immg. Ct

Carlos Sanchez
O.C.C.C.
1 Administration Road
Bridgewater, Mass. 02324-3230

August 18, 2003

Re: A29-701-647

U.S. Immigration Court
Court Adminsrators Office
JFK Federal Building/Rm. 320
Attn: Mr. Robert Halpin
15 New Sudbury Street
Boston, Mass. 02203

Dear Mr. Halpin,

I am writing to you pursuant to the above cited action. Your missive dated 8/12/03, stating that I have thirty days to file the notice of appeals is within the time frame. As I filed a Motion to Reopen and/or Reconsider, on May 30, 2003.

I am appealing the denial of Justice Shapiro's decision on June 27, 2003. On the Issues that the Dept. of Correction and INS, erred and failed to excute the warrant to deport [redacted] I was Released on September 22, 1995, and was informed that INS was Jurisdiction to deport, By Ms. Christine Hillman the records keeper at MCI-Norfolk.

I am not agruing the Issue that I do not want to be deported. I am arguing that because of their failure. It has caused an injustice by the Records keepers failure to inform me until many months after my release that I had probation, from and after that I would not have, if INS excuted the order to deport me back to my country Columbia.

I am resubmitting my notice of appeal to compile the record for the Court of Appeals from the denial of the Motion to reopen and/or Reconsider, May 30, 2003, and denied on June 27, 2003, by Justice Shapiro.

-1-



UNITED STATES DEPARTMENT OF JUSTICE
# US Immigration Court- Boston

JFK Federal Building, Room 320
15 New Sudbury Street
Boston, MA 02203

August 12, 2003

Mr. Carlos M. Sanchez
OCCC
1 Administration Road
Bridgewater, MA 0234-3230

Re: A 29-701-647; SANCHEZ

Dear Mr Sanchez:

Responding to your undated letter please be advised this Court will return the same to you.

The records indicate you were ordered deported, after a hearing, on January 21, 1992. You had thirty days to appeal the decision of the Immigration Judge from that order. The records do not indicate you filed an appeal thus a transcript was not ordered and is not available.

The Department of Homeland Security is now charged with effectuating the Immigration Judge's order. Further inquiries should be sent to:

> Department of Homeland Security
> BICE
> JFK Federal Building, 17th Floor
> 15 New Sudbury Street
> Boston, MA 02203

I remain,

Very truly,

Robert Halpin,
Court Administrator

BII/ss
cc ROP; TAU

Carlos Sanchez                                      August 8, 2003
O.C.C.C.
1 Administration Road
Bridgewater, Mass. 02324-3230


      Re: A29-701-647

U.S. Immigration Court
Court Adminsrators Office
JFK Federal Building/Rm. 320
Attn: Mr. Robert Halpin
15 New Sudbury Street
Boston, Mass. 02203

Dear Mr. Halpin,

    I am writing to you pursuant to the above cited action. Your missive dated 8/12/03, stating that I have thirty days to file the notice of appeals is within the time frame. As I filed a Motion to Reopen and/or Reconsider, on May 30, 2003.

    I am appealing the denial of Justice Shapiro's decision on June 27, 2003. On the Issues that the Dept. of Correction and INS, erred and failed to excute the warrant to deport [See Motion]. I was Released on September 22, 1995, and was informed that INS was Jurisdiction to deport, By Ms. Christine Hillman the records keeper at MCI-Norfolk.

    I am not agruing the Issue that I do not want to be deported. I am arguing that because of their failure. It has caused an injustice by the Records keepers failure to inform me until many months after my release that I had probation from and after that I would not have, if INS excuted the order to deport me back to my country Columbia.

    I am resubmitting my notice of appeal to compile the record for the Court of Appeals from the denial of the Motion to reopen and/or Reconsider, May 30, 2003, and denied on June 27, 2003, by Justice Shapiro.

-1-

A complete Copy of the Fore gone has been forwward to the Legal counsel For Homeland Security [INS], upon the filing of this motion and Notice of Appeal. Furthermore a Copy of the notice of appeal was forwarded to The Board of appeals for the Immigration Court, in Virginia, Chief Justice Michael Creepy.

I await your response to this Request to docket the nmotice of appeals form the Denial of the Motion to Reopen and reconsider, the meritorious issues cited therein, and the failure and error to excute the Order to deport on Carlos Sanchez, September 22, 1995, when release from custody Massachusetts Department of Correction, By Christine Hillman Records Keeper, whon conveyed that [INS] now Office of Homeland Security waived jurisdiction to take into custody, and failed to excute the order to deport.

In closing I thank you for your time, attention and assistance with this action. I pray that you will look into the record and see the recent denial by Justcie Shapiro, on June 27, 2003.

                                          Repectfully Submitted,
                                          *Carlos M. Sanchez*
                                          Carlos Sanchez a/k/a
                                          Mario Agudelo

CC: File
Ct. Admin.
Bd of App. Creepy, C.J.
Homeland Sec.