# The Commonwealth of Massachusetts

## DEPARTMENT OF CORRECTION





EXHIBIT 7

### CERTIFICATE OF DISCHARGE

# Know all men by these presents:

It having been made to appear to the Commissioner of Correction that

Carlos Sanchez ............................................, No. ...W-44678

a prisoner sentenced to ......... MCI - Cedar Junction ...........

is entitled to have the term of his imprisonment reduced by a deduction from the maximum term of said sentence or sentences for good behavior.

Now, Therefore, in accordance with the law so made and provided in Chapter 127 of the General Laws (Ter. Ed.) and Acts in amendment thereto it is ordered by the Commissioner of Correction that the said prisoner be, and is hereby discharged from further imprisonment on the ............ 21st ............ day of ............ September ...... 19..95..

_____
Commissioner of Correction:

Commissioner of Correction:

The above-named prisoner was discharged from imprisonment in accordance with the above order of the Commissioner of Correction on this

............ 21st ............ day of ............ September ............, 19....95........
Superintendent

FORM 111.
BOP NCIC WMS CLEAR, REPORT TO MIDDLESEX S/C PROBATION UPON RELEASE.