CARLOS SANCHEZ                                          OCTOBER 1, 2004
O.C.C.C.
1 ADMINISTRATION ROAD
BRIDGEWATER. MASS. 02324-3230


RE: SANCHEZ V. ASHCROFT ET AL.,
C.A. NO. 04-10912-DPW


UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN J. MOAKLEY/U.S. COURTHOUSE
ONE COURTHOUSE/SUITE 4110
ATTN. MS. MICHELLE RYNNE/CLERK
BOSTON, MASS. 02210


DEAR MS. RYNNE,

   I AM WRITING TO REQUEST THE STATUS OF THIS ACTION, AND AN UPDATED COPY OF THE DOCKET ENTRIES. IN THE EVENT THE ACTION HAS NOT BEEN RUELD ON I HAVE A SUPPLEMENTAL AGRUMENT IN SUPPORT OF MY CLAIMS.

   ON JULY 1, 2004 I FILED MY REPLY, TO THE MEMORANDUM AND ORDER PURSUANT TO THE ORDEER OF WOODLOCK. DATED MAY 25, 2004, WITH RENEWED HOPE THAT SOMEONE WILL CONSTRUE THE ACTUAL CONTENTS OF THE ORDER MENT: UPON THE COMPLETION OF SANCHEZ SENTENCE EITHER THROUGH PAROLE OR THE EXPIRATION OF HIS SENTENCE THAT SANCHEZ WILL BE DEPORTED TO COLUMBIA.

   THUS THE CONTENTS OF THE SUPPLEMENTAL ARGUMENT WILL SUPPORT MY CLAIMS. I THANK YOU, FOR YOUR TIME, ATTENTION AND ASSISTANCE WITH THIS MOST SERIOUS MATTER. I AWAIT YOUR REPLY TO THIS REQUEST FOR STATUS OF THE CASE AND AN A UPDATED COPY OF THE DOCKET IN THIS ACTION.


CC: FILE                              SINCERELY,
MS. RYNNE/CLK.                        Carlos M. Sanchez
                                      CARLOS SANCHEZ