```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

CARLOS SANCHEZ,                )
          Petitioner,          )
                               )
     v.                        )  C.A. No. 04-10912-DPW
                               )
JOHN ASHCROFT, et al.,         )
          Respondent.          )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered October 21, 2004, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2241,for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                              BY THE COURT,


                              /s/ Rebecca Greenberg
                              Deputy Clerk


DATED: October 22, 2004